**Attachment**

**I.   PLAINTIFFS**

**(C) Attorneys (Firm Name, Address, and Telephone Number)**

Colin Phillips (SBN# 24105937)
Jason McManis (SBN# 24088032)
Chun Deng (SBN# 24133178)
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101

Andrea L. Fair (SBN# 24078488)
Ward, Smith, & Hill, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400