AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

AUTOSCRIBE CORPORATION

*Plaintiff(s)*

v.

REPAY HOLDINGS CORPORATION and REPAY HOLDINGS, LLC

*Defendant(s)*

Civil Action No. 2:23-CV-00349

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Repay Holdings, LLC

c/o The Corporation Trust Company
Corporation Trust Center,
1209 Orange Street,
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason McManis

Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/01/2023

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-00349

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **REPAY HOLDINGS, LLC C/O THE CORPORATION TRUST COMPANY**

was received by me on *(date)* **8/2/2023 3:56 PM**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Chimere Brooks**, who is designated by law to accept service of process on behalf of *(name of organization)* **REPAY HOLDINGS, LLC C/O THE CORPORATION TRUST COMPANY** on *(date)* **8/3/2023 11:00 AM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **8/04/2023**

*Server's signature*

**JOHN A. GARBER/ PROCESS SERVER**
*Printed name and title*

**230 N. MARKET ST; WILMINGTON, DE 19801**
*Server's address*

Additional information regarding attempted service, etc:

**DOCUMENTS SERVED:**

**SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMEN, CIVIL COVER SHEET, ATTACHMENT**

Print | Save As... | Reset
0.00