# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Autoscribe Corporation )<br>*Plaintiff* )<br>v. )<br>Repay Holdings Corporation et al )<br>*Defendant* ) | Case No.  2:23-cv-00349 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Autoscribe Corporation

Date:   08/11/2023

*Attorney's signature*

Chun Deng, Texas Bar No. 24133178
*Printed name and bar number*

Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500 Houston, Texas 77010

*Address*

cdeng@azalaw.com
*E-mail address*

(713) 655-1101
*Telephone number*

(713) 655-0062
*FAX number*