**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 2:23-cv-00349 |
| | § | |
| Repay Holdings Corporation and Repay Holdings, LLC | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |
| | § | |

**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD ATTORNEY**

Please take notice that the undersigned attorney, Jason McManis, of Ahmad, Zavitsanos & Mensing, PLLC, is entering an appearance and a notice of designation as lead attorney for Plaintiff, Autoscribe Corporation.

Dated: August 16, 2023

Respectfully submitted,

*/s/ Jason McManis*
Jason McManis (SBN #24088032)
Colin Phillips (SBN #24105937)
Chun Deng (SBN# 24133178)
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com

Andrea L. Fair (SBN# 24078488)
WARD, SMITH, & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@wsfirm.com

*Attorneys for Autoscribe Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 16, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

Dated: August 16, 2023                                  Respectfully submitted,

                                                        */s/ Jason McManis*
                                                        Jason McManis (SBN #24088032)
                                                        Colin Phillips (SBN #24105937)
                                                        Chun Deng (SBN# 24133178)
                                                        AHMAD, ZAVITSANOS & MENSING, PLLC
                                                        1221 McKinney Street, Suite 2500
                                                        Houston, Texas 77010
                                                        (713) 655-1101
                                                        jmcmanis@azalaw.com
                                                        cphillips@azalaw.com
                                                        cdeng@azalaw.com

                                                        Andrea L. Fair (SBN# 24078488)
                                                        WARD, SMITH, & HILL, PLLC
                                                        1507 Bill Owens Parkway
                                                        Longview, Texas 75604
                                                        (903) 757-6400
                                                        (903) 757-2323 (fax)
                                                        andrea@wsfirm.com

                                                        *Attorneys for Autoscribe Corporation*