UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:23-cv-00349

Name of party requesting extension: see attachment.

Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08/03/2023

Number of days requested:  ✓ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 09/25/2023  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jason McManis
State Bar No.: 24088032
Firm Name: Ahmad, Zavitsanos & Mensing, PLLC
Address: 1221 McKinney Street,
Suite 2500
Houston, Texas 77010
Phone: (713) 655-1101
Fax: (713) 655-0062
Email: jmcmanis@azalaw.com

A certificate of conference does not need to be filed with this unopposed application.

**Attachment**

Behalf of Defendants:

REPAY HOLDINGS CORPORATION and REPAY HOLDINGS, LLC