AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Autoscribe Corporation | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-00349-JRG |
| Repay Holdings Corporation and Repay Holdings, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Repay Holdings Corporation and Repay Holdings, LLC.

Date: 10/10/2023

/s/ David H. Harper
*Attorney's signature*

David H. Harper, Texas Bar No. 09025540
*Printed name and bar number*

Haynes and Boone, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
*Address*

david.harper@haynesboone.com
*E-mail address*

(214) 651-5000
*Telephone number*

(214) 200-0615
*FAX number*