AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Autoscribe Corporation | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  2:23-cv-00349-JRG |
| Repay Holdings Corporation and Repay Holdings, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Repay Holdings Corporation and Repay Holdings, LLC                                                                    .

Date:     10/10/2023                                          /s/ Stephanie N. Sivinski
                                                                    *Attorney's signature*

                                                     Stephanie N. Sivinski, Texas Bar No. 24075080
                                                                    *Printed name and bar number*

                                                                    Haynes and Boone, LLP
                                                              2801 N. Harwood Street, Suite 2300
                                                                        Dallas, TX 75201
                                                                            *Address*

                                                            stephanie.sivinski@haynesboone.com
                                                                        *E-mail address*

                                                                        (214) 651-5000
                                                                      *Telephone number*

                                                                        (214) 200-0615
                                                                          *FAX number*