# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:23-cv-00349-JRG |
| | § | |
| Repay Holdings Corporation and Repay Holdings, LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Repay Holdings Corporation, by and through its undersigned counsel, certifies that as of this date, Repay Holdings Corporation has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Defendant Repay Holdings, LLC, by and through its undersigned counsel, certifies that as of this date, Repay Holdings Corporation is an indirect parent corporation owning 10% or more of Repay Holdings, LLC.

Dated: October 10, 2023

Respectfully submitted,

*/s/ David H. Harper*
David H. Harper
Texas Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
Marron E. Frith (*admitted in E.D.Tex*)
NY Bar No. 5870803
marron.frith@haynesboone.com
HAYNES AND BOONE, LLP

2323 Victory Avenue, Suite 700
Dallas, Texas 75219
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

**COUNSEL FOR DEFENDANTS REPAY HOLDINGS CORPORATION AND REPAY HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 10, 2023, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF System.

                                                                 /s/ David H. Harper