AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Autoscribe Corporation | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 2:23-cv-00349-JRG |
| Repay Holdings Corporation and Repay Holdings, LLC | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Repay Holdings Corporation and Repay Holdings, LLC                                                .

Date:   10/10/2023

/s/ Samuel Drezdzon
*Attorney's signature*

Samuel Drezdzon, Texas Bar No. 24117374
*Printed name and bar number*

Haynes and Boone, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
*Address*

samuel.drezdzon@haynesboone.com
*E-mail address*

(214) 651-5000
*Telephone number*

(214) 200-0615
*FAX number*