IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION, § § § *Plaintiff*, § § v. § § REPAY HOLDINGS CORPORATION, § REPAY HOLDINGS, LLC, § § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00349-JRG |

## ORDER

Before the Court is the Unopposed Motion to Extend Deadlines (the "Motion") filed by Plaintiff Autoscribe Corporation ("Plaintiff"). (Dkt. No. 26). In the Motion, Plaintiff requests that the Court: (1) extend the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 from November 20, 2023 to December 11, 2023; (2) extend the deadline for Defendants to comply with P.R. 3-3 and 3-4 and the Standing Order Regarding Subject Matter Invalidity Contentions from January 15, 2024 to February 5, 2024; and (3) extend the deadline to comply with Initial and Additional Disclosures from December 26, 2023 to January 16, 2024. (*Id.* at 1). Plaintiff represents to the Court that these extensions will not affect any other expected deadlines in this case. (*Id.*). The Motion is unopposed. (*Id.* at 1, 3).

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 is **extended** up to and including December 11, 2023. It is also **ORDERED** that the deadline for Defendants to comply with P.R. 3-3 and 3-4 and the Standing Order Regarding Subject Matter Invalidity Contentions is **extended** up to and including

February 5, 2024. It is further **ORDERED** that the deadline to comply with initial and additional disclosures is **extended** up to and including January 16, 2024.

**So Ordered this**

**Nov 17, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE