IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION § <br> § <br> v. § <br> § <br> REPAY HOLDINGS CORPORATION, et al. § <br> § | | Case No. 2:23-cv-0349-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| AUTOSCRIBE CORPORATION § <br> § <br> v. § <br> § <br> FORTIS PAYMENT SYSTEMS, LLC § <br> § | | Case No. 2:23-cv-0364-JRG <br> (Member Case) |

**[PROPOSED] ORDER GRANTING JOINT (AGREED) MOTION FOR ENTRY OF DOCKET CONTROL ORDER AND MOTION TO CONSOLIDATE FOR PRETRIAL PURPOSES**

Before the Court is Plaintiff Autoscribe Corporation and Defendants Repay Holdings Corporation and Repay Holdings, LLC's (the "Parties") Joint Motion for Entry of Docket Control Order and Motion to Consolidate for Pretrial Purposes (the "Motion"). (Dkt. No. __).

Having considered the Motion to Consolidate, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. The above-captioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues with the LEAD CASE, Case No. 2:23-cv-0349. All parties are instructed to file any future filings in the LEAD CASE. Individual cases remain active for trial.

The Clerk is instructed to add only the Lead and Local Counsel of the consolidated parties into the Lead Case. Additional counsel may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who has appeared *pro hac vice* in any member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear *pro hac vice* in the Lead Case. Counsel who have not appeared in a member case

at the point when it is consolidated into the Lead Case should file a Notice of Appearance only in the Lead Case, and such Notice should state the relevant member case.