# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:23-cv-00349-JRG |
| v. | § § | (LEAD CASE) |
| Repay Holdings Corporation, et al., | § § § | Jury Trial Demanded |
| Defendants. | § § | |
| Autoscribe Corporation, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:23-cv-00364-JRG |
| v. | § § | (MEMBER CASE) |
| Fortis Payment Systems, LLC, | § § § | Jury Trial Demanded |
| Defendant. | § § | |

## NOTICE OF APPEARANCE

Please take notice that Robert A. Ehrlich, of the law firm Morgan, Lewis & Bockius LLP, hereby files his appearance as additional counsel in the above referenced matters on behalf of Defendant Fortis Payment Systems, LLC. Mr. Ehrlich is admitted to practice in the United States District Court for the Eastern District of Texas.

Dated: December 19, 2023                             Respectfully submitted,

/s/ *Robert A. Ehrlich*
C. Erik Hawes
Texas State Bar No. 24042543
*erik.hawes@morganlewis.com*
Cullen G. Pick
Texas State Bar No. 24098260
*cullen.pick@morganlewis.com*
Robert A. Ehrlich
Texas State Bar No. 24116318
*robert.ehrlich@morganlewis.com*
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
T: 713.890.5000
F: 713.890.5001

Elizabeth M. Chiaviello
Texas Bar No. 24088913
*elizabeth.chiaviello@morganlewis.com*
**Morgan, Lewis & Bockius, LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75201
T: 214.466.4000
F: 214.466.4001

***Attorneys for Defendant Fortis Payment Systems, LLC***

2

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system on December 19, 2023.

<i>/s/ Robert A. Ehrlich</i><br>
Robert A. Ehrlich