# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § | |
| v. | § § | Case No. 2:23-cv-0349-JRG (Lead Case) |
| REPAY HOLDINGS CORPORATION, et al. | § § § | JURY TRIAL DEMANDED |
| AUTOSCRIBE CORPORATION | § § § | |
| v. | § § § | Case No. 2:23-cv-0364-JRG (Member Case) |
| FORTIS PAYMENT SYSTEMS, LLC | § § § | |

**AGREED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Pursuant to Federal Rule of Civil Procedure 26(c) and this Court's Docket Control Order, Plaintiff submits this Agreed Motion for Entry of Agreed Protective Order. The Agreed Protective order is attached hereto. The Parties are in agreement on all terms of the Agreed Protective Order and agree to be bound by its terms.

Dated: January 16, 2024

Respectfully submitted,

*/s/ Jason McManis*
Jason McManis (SBN# 24088032)
Colin Phillips (SBN# 24105937)
Chun Deng (SBN# 24133178)
Angela Peterson (SBN# 24137111)
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com

Andrea L. Fair (SBN# 24078488)
Ward, Smith, & Hill, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@wsfirm.com

***Attorneys for Autoscribe Corporation***

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on January 16, 2024. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

*/s/ Jason McManis*
Jason McManis

### CERTIFICATE OF CONFERENCE

On January 16, 2024, counsel for Plaintiff and counsel for Defendants met and conferred pursuant to Local Rule CV-7(h). The Parties are in agreement to the relief requested herein and to all terms in the Proposed Protective Order.

*/s/ Jason McManis*
Jason McManis

2