# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § § | Case No. 2:23-cv-0349-JRG |
| v. | § § | (Lead Case) |
| REPAY HOLDINGS CORPORATION, et al. | § § § | JURY TRIAL DEMANDED |
| AUTOSCRIBE CORPORATION | § § § | |
| v. | § § § | Case No. 2:23-cv-0364-JRG (Member Case) |
| FORTIS PAYMENT SYSTEMS, LLC | § § § | |

**PLAINTIFF'S NOTICE OF SERVICE OF MANDATORY DISCLOSURES**

Pursuant to the Court's Docket Control Order (Dkt. No. 34) and the Court's Discovery Order (Dkt. No. 35), Plaintiff Autoscribe Corporation hereby files this Notice confirming that it has served counsel of record for Defendants with Plaintiff's Mandatory Disclosures via electronic mail on January 16, 2024, in the above-referenced action.

1

| | |
|---|---|
| Dated: January 16, 2024 | Respectfully submitted,<br><br>*/s/ Jason McManis*<br>Jason McManis<br>State Bar No.: 24088032<br>Colin Phillips<br>State Bar No.: 24105937<br>Chun Deng<br>State Bar No.: 24133178<br>Angela Peterson<br>State Bar No. 24137111<br>AHMAD, ZAVITSANOS & MENSING, PLLC<br>1221 McKinney Street, Suite 2500<br>Houston, Texas 77010<br>(713) 655-1101<br>cphillips@azalaw.com<br>jmcmanis@azalaw.com<br>cdeng@azalaw.com<br>apeterson@azalaw.com<br><br>Andrea L. Fair<br>State Bar No.: 24078488<br>WARD, SMITH, & HILL, PLLC<br>1507 Bill Owens Parkway<br>Longview, Texas 75604<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>andrea@wsfirm.com<br><br>*Attorneys for Autoscribe Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF System. A true and correct of this document is also being served to all counsel of record via electronic mail.

*/s/ Colin Phillips*
Colin Phillips
