# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § | Case No. 2:23-cv-0349-JRG |
| v. | § § | (Lead Case) |
| REPAY HOLDINGS CORPORATION, et al. | § § | JURY TRIAL DEMANDED |

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § | |
| v. | § § | Case No. 2:23-cv-0364-JRG |
| FORTIS PAYMENT SYSTEMS, LLC | § § § | (Member Case) |

## DEFENDANT FORTIS PAYMENT SYSTEMS, LLC'S
## NOTICE OF COMPLIANCE

Defendant Fortis Payment Systems, LLC respectfully notifies this Court that Fortis has complied with the Local Rules, the governing Docket Control Order (Dkt. No. 34), and the governing Discovery Order (Dkt. No. 35) in this case by serving its Initial and Additional Disclosures, with its accompanying document production, on all counsel of record for Plaintiff Autoscribe Corporation via electronic mail on January 16, 2024.

Dated: January 16, 2024

Respectfully submitted,

/s/ C. Erik Hawes
C. Erik Hawes
Texas Bar No. 24042543
*erik.hawes@morganlewis.com*
Cullen G. Pick
Texas Bar No. 24098260
*cullen.pick@morganlewis.com*
Robert Ehrlich
Texas Bar No. 24116318
*robert.ehrlich@morganlewis.com*
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001

Elizabeth M. Chiaviello
Texas Bar No. 24088913
*elizabeth.chiaviello@morganlewis.com*
MORGAN, LEWIS & BOCKIUS, LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
Telephone: (214) 466-4000
Facsimile: (214) 466-4001

***Attorneys for Defendant Fortis Payment Systems, LLC***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 16, 2024, a true and correct copy of the foregoing First Set of Interrogatories to Plaintiff was served via electronic mail to counsel of record for Plaintiff.

/s/ C. Erik Hawes
C. Erik Hawes