IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00349-JRG |
| § | |
| REPAY HOLDINGS CORPORATION, § | |
| REPAY HOLDINGS, LLC, M&A § | |
| VENTURES, LLC, § | |
| § | |
| *Defendants*. § | |

## **ORDER**

Before the Court is Defendants Repay Holdings Corporation and Repay Holdings, LLC's (collectively, "Repay") Unopposed Motion for Leave to File Under Seal (the "Motion to Seal"). (Dkt. No. 47). In the Motion to Seal, Repay requests to file their Brief in Support of their Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, To Transfer Venue (Dkt. No. 47-2) and the accompanying exhibits (Dkt. Nos. 47-3 – 47-7) (the "Reply and Exhibits") under seal because they "include highly confidential business information subject to a non-disclosure agreement and other confidential business information." (Dkt. No. 47 at 1). Plaintiff does not oppose the Motion to Seal. (*Id.* at 2, 3).

Having considered the Motion to Seal, and noting its unopposed nature, the Court is of the opinion that the Motion to Seal should be and hereby is **GRANTED**. It is **ORDERED** that Repay may file the Reply and Exhibits under seal.

2

**So ORDERED and SIGNED this 23rd day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE