IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION, | § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO. 2:23-CV-00349-JRG |
| REPAY HOLDINGS CORPORATION, REPAY HOLDINGS, LLC, M&A VENTURES, LLC, | | |
| *Defendants*. | | |

## ORDER

Before the Court is Plaintiff Autoscribe Corporation's ("Plaintiff") Unopposed Motion for Leave to File Under Seal (the "Motion to Seal"). (Dkt. No. 71). In the Motion to Seal, Plaintiff requests to file its Response in Opposition to M&A Ventures, LLC's Motion to Dismiss for Improper Venue or, In the Alternative, to Transfer Venue (Dkt. No. 72) and the accompanying exhibits (the "Response and Exhibits") under seal because they "include[] Defendants Repay Holdings Corporation and Repay Holdings, LLC's documents that are marked as 'CONFIDENTIAL – OUTSIDE ATTORNEYS EYES ONLY' and the deposition transcript, both of which discuss Defendants Repay Holdings Corporation and Repay Holdings, LLC's proprietary records." (Dkt. No. 71 at 2). The Motion to Seal is unopposed. (*Id.* at 1, 4).

Having considered the Motion to Seal, and noting its unopposed nature, the Court is of the opinion that the Motion to Seal should be and hereby is **GRANTED**. It is **ORDERED** that Plaintiff may file the Response and Exhibits under seal.

## So Ordered this

**Feb 27, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE