# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 2:23-CV-00349-JRG |
| | § | |
| Repay Holdings Corporation, et al. | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## JOINT MOTION FOR ENTRY OF AGREED ESI ORDER

Plaintiff Autoscribe Corporation and Defendants Repay Holdings Corporation, et al., submit this Joint Motion to Enter the Parties' Agreed ESI Order (the Proposed ESI Order is attached hereto).

1

| | |
|---|---|
| Dated: May 30, 2024 | Respectfully submitted, |

*/s/ Jason McManis*
Jason McManis
State Bar No.: 24088032
Colin Phillips
State Bar No.: 24105937
Chun Deng
State Bar No.: 24133178
Angela Peterson
State Bar No.: 24137111
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com

Andrea L. Fair
State Bar No.: 24078488
Ward, Smith, & Hill, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@wsfirm.com

***Attorneys for Autoscribe Corporation***

*/s/ David H. Harper (with permission)*
David H. Harper (Lead Counsel)
Texas Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
Marron E. Frith
TX Bar No. 24137884
marron.frith@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street
Suite 2300
Dallas, Texas 75201
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

*Counsel for Repay Holdings Corporation, et al.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 30, 2024, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF System. A true and correct of this document is also being served to all counsel of record via electronic mail.

                                                        */s/ Jason McManis*
                                                        Jason McManis


**CERTIFICATE OF CONFERENCE**

On May 30, 2024, counsel for the Plaintiff and counsel for Defendants met and conferred pursuant to Local Rule CV-7(h). The parties are in agreement and are filing this motion jointly.

                                                        */s/ Jason McManis*
                                                        Jason McManis