IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION, § § § *Plaintiff,* § § v. § § REPAY HOLDINGS CORPORATION, § REPAY HOLDINGS, LLC, M&A § VENTURES, LLC. § § *Defendants*. § | Civil Action No. 2:23-CV-00349-JRG |

## ORDER

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendants Repay Holdings Corporation and Repay Holdings, LLC (the "Stipulation") filed by Plaintiff Autoscribe Corporation ("Autoscribe") and Defendants Repay Holdings Corporation and Repay Holdings, LLC (collectively, the "Parties"). (Dkt. No. 88). In the Stipulation, the Parties stipulate to dismissal of Autoscribe's claims against Defendants Repay Holdings Corporation and Repay Holdings, LLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own attorney's fees and costs. (*Id.* at 1). The Parties note that Defendant M&A Ventures, LLC remains a defendant in the above-captioned case. (*Id.*).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Autoscribe's claims against Defendants Repay Holdings Corporation and Repay Holdings, LLC in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case between Autoscribe and Defendants Repay Holdings Corporation and Repay Holdings, LLC not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case as other parties and claims remain.

**So ORDERED and SIGNED this 17th day of July, 2024.**

                                                      _____
                                                      RODNEY GILSTRAP
                                                      UNITED STATES DISTRICT JUDGE