IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>M&A VENTURES, LLC.<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§   Civil Action No. 2:23-CV-00349-JRG<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Defendant M&A Ventures, LLC's ("Defendant") Unopposed Motion for Leave to File Under Seal (the "Motion to Seal"). (Dkt. No. 92). In the Motion to Seal, Defendant requests "to file under seal M&A's Hearing Demonstratives used during the July 17, 2024 hearing on M&A's Motion to Dismiss for Improper Venue, attached hereto as Exhibit A" because the Hearing Demonstratives "include highly confidential business information, including M&A's organizational structure and compliance documentation, quotations from depositions and declarations designated as Attorneys' Eyes Only, and information subject to a non-disclosure agreement." (Dkt. No. 92 at 1). Plaintiff does not oppose the Motion to Seal. (*Id.* at 2, 3).

Having considered the Motion to Seal, and noting its unopposed nature, the Court is of the opinion that the Motion to Seal should be and hereby is **GRANTED**. It is therefore **ORDERED** that Defendant may file the Hearing Demonstratives under seal.

**So ORDERED and SIGNED this 24th day of July, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE