# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION § § § v. § § M&A Ventures, LLC § § | Case No. 2:23-cv-0349-JRG<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND THE P.R. 4-3 JOINT CONSTRUCTION STATEMENT DEADLINE TO AUGUST 2, 2024

Comes Now, Plaintiff Autoscribe Corporation and Defendant M&A Ventures, LLC[1] hereby file their Joint Motion to Extend the deadline to comply with P.R. 4-3 (Joint Claim Construction Statement), and in support thereof, would show as follows:

1. Per Dkt. 34, the deadline to comply with P.R. 4-3 (Joint Claim Construction Statement) is currently July 29, 2024.

2. The parties are presently conferring to narrow the scope of claim construction issues in dispute and anticipate being able to present a finalized version by August 2, 2024. The parties respectfully request a four-day extension to submit their Joint Claim Construction Statement.

3. This Motion is not filed for the purpose of delay, and the parties jointly agreed to the relief requested herein.

Dated: July 26, 2024

---

[1] The other parties in this case have been dismissed.

Respectfully submitted,

/s/ Jason McManis
Jason McManis
State Bar No.: 24088032
Colin Phillips
State Bar No.: 24105937
Chun Deng
State Bar No.: 24133178
Michael Killingsworth
State Bar No.: 24110089
Angela Peterson
State Bar No.:  24137111
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com
mkillingsworth@azalaw.com

Andrea L. Fair
State Bar No.: 24078488
Ward, Smith, & Hill, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@wsfirm.com

**Attorneys for Autoscribe Corporation**

/s/ Stephanie N. Sivinski
David H. Harper (Lead Counsel)
Texas Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
Marron E. Frith
TX Bar No. 24137884
marron.frith@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street
Suite 2300
Dallas, Texas 75201
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

COUNSEL FOR DEFENDANT M&A VENTURES, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on July 26, 2024, a true and correct copy of the above and foregoing document was filed electronically. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                            */s/ Jason McManis*
                                            Jason McManis

## CERTIFICATE OF CONFERENCE

    I hereby certify that on July 25, 2024 the parties conferred regarding the Motion, and the parties jointly requested the relief thought herein.

                                            */s/ Jason McManis*
                                            Jason McManis