10 THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § § | |
| Plaintiff | § § | Case No. 2:23-cv-0349-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| M&A VENTURES, LLC<br>Defendant. | § § § § | |

**JOINT NOTICE OF REDACTION OF MEMORANDUM OPINION AND ORDER**

Plaintiff Autoscribe Corporation and Defendant M&A Ventures, LLC file this Joint Notice of Redaction of the Memorandum Opinion and Order filed on September 4, 2024 (Doc. 102) in the above-captioned case. The requested redacted version of the Memorandum Opinion and Order is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: September 10, 2024 | /s/ Marron E. Frith |
| | David H. Harper (Lead Counsel)<br>Texas Bar No. 09025540<br>david.harper@haynesboone.com<br>Stephanie N. Sivinski<br>Texas Bar No. 24075080<br>stephanie.sivinski@haynesboone.com<br>Marron E. Frith<br>TX Bar No. 24137884<br>marron.frith@haynesboone.com<br>Jamie Raju<br>TX Bar No. 24095717<br>jamie.jaju@haynesboone.com<br>HAYNES AND BOONE, LLP<br>2801 N. Harwood Street<br>Suite 2300<br>Dallas, Texas 75201<br>(214) 651-5000 (telephone)<br>(214) 200-0615 (fax)<br><br>**COUNSEL FOR DEFENDANT M&A VENTURES, LLC**<br><br>/s/ Angela Peterson<br><br>Jason McManis (SBN# 24088032)<br>Colin Phillips (SBN# 24105937)<br>Chun Deng (SBN# 24133178)<br>Angela Peterson (SBN# 24137111)<br>Ahmad, Zavitsanos & Mensing, PLLC<br>1221 McKinney Street, Suite 2500<br>Houston, Texas 77010<br>(713) 655-1101<br>jmcmanis@azalaw.com<br>cphillips@azalaw.com<br>cdeng@azalaw.com<br>apeterson@azalaw.com<br><br>**ATTORNEYS FOR AUTOSCRIBE CORPORATION** |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 10, 2024, a true and correct copy of the foregoing was served via electronic delivery to all counsel of record.

                                                      /s/ *Marron E. Frith*
                                                      Marron E. Frith